**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                                    BKY 18-43260
                                                                                                          Chapter 12

David Skiba and Kathleen Skiba,

      Debtors.

**NOTICE OF HEARING AND MOTION FOR DISMISSAL**

TO:  All creditors and parties in interest pursuant to Local Rule 2002-4.

    1.    Kyle L. Carlson, Chapter 12 Trustee, moves to dismiss this case.

    2.    The Court will hold a hearing on this motion at 10:00 a.m. on Wednesday, December 5, 2018, in Courtroom 8 West, 8th Floor, U.S. Courthouse, 300 South 4th Street, Minneapolis, MN 55415.

    3.    Any response to this motion must be filed and served not later than Friday, November 30, 2018, which is five days before the time set for the hearing (including Saturdays, Sundays and legal holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  The motion is brought pursuant to 11 U.S.C. § 1208, Bankruptcy Rule 1017, and Local Rule 1017-2.  This case is pending before this Court.

    5.    This case was filed on October 17, 2018.  The debtors have failed to file all schedules, statements, and other documents required by 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(b)(1) within the 14-day time limit imposed by Fed. R. Bankr. P. 1007(c).  Failing to file documents required by Section 521(a) and Fed. R. Bankr. P. 1007(b) in a timely fashion is cause for dismissal pursuant to 11 U.S.C. § 1208(c).  *See In re Milky Way Organic Farm, LLC*, case nos. 12-10742 & 12-10777 (Bankr. Vt., February 14, 2017) ("[Section 1208(c)] is an illustrative, non-exclusive list and the Court must determine whether cause has been established in each case, based upon the unique facts and circumstances presented.").

    WHEREFORE, the Trustee moves the Court for an order dismissing the case and such other relief as may be just and equitable.

Dated:  11/5/18

                                        /e/ Kyle L. Carlson
                                        Kyle L. Carlson
                                        Chapter 12 & 13 Trustee
                                        PO Box 519
                                        Barnesville, MN  56514
                                        218-354-7356

## VERIFICATION

    I, Kyle L. Carlson, Chapter 12 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  11/5/18

/e/ Kyle L. Carlson<br>
Kyle L. Carlson, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Case No. 18-43260
Chapter 12

David Skiba and Kathleen Skiba,

        Debtors.

**MEMORANDUM OF FACTS AND LAW**

**I. FACTS**

The facts supporting the motion are set forth in the attached verified motion.

**II. FAILURE TO FILE DOCUMENTS**

Section 521(a)(1) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007(b)(1) require debtors to file schedules of assets and liabilities, a schedule of current income and expenditures, a schedule of executory contracts and unexpired leases, a statement of financial affairs, and pay advices. In voluntary cases, those documents must be filed within 14 days of the filing of the bankruptcy petition. *See* 11 Fed. R. Bankr. P. 1007(c). An extension of that time period may be granted only motion for cause shown. *See* id.

This case was filed on October 17, 2018. The debtors have failed to file all schedules, statements, and other documents required under 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(b)(1) within the 14-day time limit imposed by Fed. R. Bankr. P. 1007(c). No extensions have been requested or granted. Accordingly, cause exists for dismissal pursuant to 11 U.S.C. § 1208(c).

**III. CONCLUSION**

Based on the foregoing, the Trustee requests that the case be dismissed.

Dated: 11/5/18                      /s/ Kyle L. Carlson
                                                 Kyle L. Carlson
                                                 Chapter 12 & 13 Trustee
                                                 PO Box 519
                                                 Barnesville, MN 56514

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                           BKY 18-43260
                                                                                                 Chapter 12
David Skiba and Kathleen Skiba,

      Debtors.

**ORDER**

This case is before the Court on the motion of Trustee Kyle L. Carlson for an order dismissing the case of David Skiba and Kathleen Skiba, BKY 18-43260,

    Based on the motion and file,

    IT IS ORDERED THAT:

    1.    The debtors' Chapter 12 case is hereby DISMISSED.

    2.    The Trustee shall distribute available funds, if any under 11 U.S.C. § 1226 to creditors in accordance with the plan.

Dated:

_____
Kathleen H. Sanberg
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 18-43260 |
| | Chapter 12 |
| David Skiba and Kathleen Skiba, | |
| Debtors. | |

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

The undersigned, being an employee of the Chapter 12 Trustee, declares that on the date indicated below, I served the attached Notice of Hearing and Motion for Dismissal upon all entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

DAVID SKIBA AND KATHLEEN SKIBA
7241 HWY 95 NE
NORTH BRANCH, MN 55056

U.S. ATTORNEY ERICA H. MACDONALD
U.S. COURTHOUSE
300 S 4TH STREET
SUITE 600
MINNEAPOLIS, MN 55415

ALL CREDITORS ON ATTACHED MATRIX

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 11/5/18

/e/ Patricia Halverson
Patricia Halverson
Chapter 12 Office

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-4<br>Case 18-43260<br>District of Minnesota<br>Minneapolis<br>Mon Nov  5 09:22:31 CST 2018 | United States Department of Agriculture - Fa<br>U. S. Attorney's Office<br>Attn:  Roylene A. Champeaux<br>600 U. S. Courthouse<br>300 So. Fourth Street<br>Minneapolis, MN 55415-1320 | Minneapolis<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| 3D Nutrition Services<br>1240 East Third St<br>Shakopee, MN 55379-1692 | AniMart LLC<br>1240 Green Valley Rd<br>Beaver Dam, WI 53916-1128 | Buehring Farms<br>51100 Driftwood Ave<br>Rush City, MN 55069-2725 |
| Burnett Dairy<br>11631 WI-70<br>Grantsburg, WI 54840 | Capital One<br>P O Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>P O Box 15298<br>Wilmington, DE 19850-5298 |
| Chisago County Auditor Treasurer<br>312 N Main St Room 274<br>Center City, MN 55012-9662 | Chris Camardello<br>Manty Law Firm<br>401 N 2nd Ave #400<br>Minneapolis, MN 55401-2097 | D&S, Ltd<br>13809 Research Blvd. Ste 800<br>Austin, TX 78750-1211 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Eklund Ag Service<br>29836 Jackson St NE<br>Isanti, MN 55040-6141 |
| First Bank and Trust<br>PO Box 6000<br>Brookings, SD 57006-6000 | First District Association<br>101 Swift Ave<br>Litchfield, MN 55355-2800 | Gilman Co-op Creamery<br>P O Box 7<br>Gilman, MN 56333-0007 |
| Gold Country Seed<br>16506 MN-15<br>Hutchinson, MN 55350 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Isanti County Treasurer<br>555 18th Ave SW<br>Cambridge, MN 55008-9918 | James Roberts Law Office<br>5280 15th Ave S E<br>St Cloud, MN 56304-9592 | Krekeler Strother, S.C<br>Lisa K. Lietz-Ray<br>2901 West Beltline Hwy. Suite 301<br>Madison, WI 53713-4228 |
| Martens Manurigation Inc.<br>3012 Flintstone St<br>Mora, MN 55051-6017 | Petersons Mill<br>38964 Branch Ave<br>North Branch, MN 55056-5023 | Purina<br>100 Danforth Dr<br>Gray Summit, MO 63039-1128 |
| Purina<br>Office of Consumer Affairs<br>P O Box 2530<br>Largo, FL 33779-2530 | Sears<br>P O Box 6283<br>Sioux Falls, SD 57117-6283 | Select Sires<br>6601 Gregory Park Rd S<br>Saint Cloud, MN 56301-9287 |

| | | |
|---|---|---|
| Target National Bank<br>P O Box 1581<br>Minneapolis, MN 55440-1581 | US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | Unity Bank<br>1180 W 4th St<br>Rush City, MN 55069-9075 |
| Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Bank NA<br>Business Banking Services Div<br>3033 Elder St<br>Boise ID 83705-4708 | Wells Fargo Bank NA Credit Mgt Group<br>att: Victor Dutchuk Jr<br>666 Walnut St<br>Des Moines IA 50309-3907 |
| David John Skiba (crossed out)<br>7241 Hwy 95 NE<br>North Branch, MN 55056-6537 | Kathleen Ann Skiba (crossed out)<br>7241 Hwy 95 NE<br>North Branch, MN 55056-6537 | Kyle Carlson (crossed out)<br>PO Box 519<br>Barnesville, MN 56514-0519 |

Sam Calvert
Sam V. Calvert PA
1011 2nd St N
Suite 107
St. Cloud, MN 56303-3237


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover Financial Services<br>Box 15316<br>Wilmington, DE 19850 | Internal Revenue Service<br>Special Procedures Stop 5700<br>30 E 7th ST STE 1222<br>St Paul, MN 55101-4940 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, National Association      End of Label Matrix
                                                Mailable recipients    39
                                                Bypassed recipients     1
                                                Total                  40