UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:

David Skiba and

Kathleen Skiba,

      Debtors.                     Ch. 12 18-4326

RESPONSE

      The chapter 12 trustee brought a motion to dismiss the case because the debtors had not filed

their schedules and statement of affairs.

      Since the schedules and statement of affairs have now been filed, debtors request that the

Court deny the motion.

Respectfully submitted,

  /s/ Sam Calvert                       November 30, 2018

Sam V. Calvert MN ID#1431X

1011 2nd ST N STE 107

St. Cloud MN 56303

320-252-4473